UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL TWEED

                14 CV 4154 (LDW)(WDW)

      Plaintiff,

  - against -            **DECLARATION IN SUPPORT**

GLEN COVE CITY SCHOOL DISTRICT, GLEN
COVE CITY SCHOOL DISTRICT BOARD OF
EDUCATION, and Maria Rianna, in her official
Capacity as Superintendent of Schools,

      Defendants.
----------------------------------------------------------------X

**LEWIS R. SILVERMAN, ESQ.**, an attorney duly admitted to practice law in the United States District Court for the Eastern District of New York, hereby deposes and says subject to the penalties of perjury:

1. I am a member of the law firm of RUTHERFORD & CHRISTIE, LLP, attorneys for the defendants, GLEN COVE CITY SCHOOL DISTRICT, GLEN COVE CITY SCHOOL DISTRICT BOARD OF EDUCATION, and Maria Rianna, in her official Capacity as Superintendent of Schools.

2. I am fully familiar with the facts and circumstances of this matter based on my review of the file maintained by my office in defense of this litigation.

3. This Declaration is submitted in support of the defendants' Motion to Dismiss the plaintiff's Amended Complaint ("the Complaint") pursuant to Rules 12[c] of the Federal Rules of Civil Procedure.

4. In support of the District defendants' Motion, annexed hereto as Exhibit "A" and "B" are the following:

    A. Amended Complaint dated August 19, 2014;

    B. Letter from Maria Rianna to Plaintiff, Michael Tweed regarding tenure and probationary appointment dated April 7, 2014;

Dated: New York, New York
December 4, 2014

_____
Lewis R. Silverman (LS 9723)