**EXHIBIT A**

# GLEN COVE SCHOOLS

DOSORIS LANE • GLEN COVE • NEW YORK 11542 • 516-801-7040 • FAX: 516-801-7049

**Maureen Hocker**
Interim Assistant to the Superintendent for Personnel
(516) 801-7040
mhocker@glencove.k12.ny.us
Fax: (516) 801-7049

June 7, 2011

Mr. Michael Tweed
23 Opal Drive
Plainview, New York 11803

Dear Mr. Tweed:

I am pleased to advise you that the Board of Education, at its meeting of June 6, 2011 approved the Superintendent's recommendation to appoint you to a three-year probationary administrative position as Coordinator of Pupil Personnel Services, 11 month position, in the Coordinator of Pupil Personnel Services Personnel tenure area effective July 1, 2011.

Your salary for the 2011-2012 school year will be $137,932, based on Step 8.

Please sign and return the pink and yellow copies of the enclosed *Appointment Notice* to indicate your acceptance by June 17, 2011.

It is required that you have official transcripts of your undergraduate and graduate work sent to this office.

Please feel free to come in to speak with Mrs. Smith in the Business Office regarding information on retirement. You may call her at 516-801-7071 to make an appointment. You may obtain information about participation in our insurance plans (Health and Dental) by contacting Ms. Edna Barr at 516-801-7043.

Congratulations on your appointment, and we look forward to having you as a member of the Glen Cove community.

Very truly yours,

*Maureen Hocker*

Maureen Hocker
Interim Assistant to the Superintendent for Personnel

MH/mp
Enclosure