UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MICHAEL TWEED,

                Plaintiff,

- Against -

GLEN COVE CITY SCHOOL DISTRICT, GLEN COVE CITY SCHOOL DISTRICT BOARD OF EDUCATION, and MARIA RIANNA, in her individual and official capacity as Superintendent of Schools, MAUREEN PAPPACRISTOU, GAIL NEDBOR-GROSS, DONNA BRADY, BARRIE DRATCH, RICHARD MACCARONE, GRADY FARNAN, and DAVID HIGGINS,

                Defendants.
-------------------------------------------------------------X

14-CV-4154 (LDW)(SIL)

**STIPULATION OF DISCONTINUANCE**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed or conserved and no person not a party has an interest in the subject matter of the action, that plaintiff's action is hereby discontinued, with prejudice, without costs to either party as against the other.

Dated: May 4, 2016

LAW OFFICES OF LOUIS D. STOBER, Jr., L.L.C.

By: _____
Louis D. Stober, Jr., Esq.
Attorneys for Plaintiff
350 Old Country Road, Suite 205
Garden City, New York 11530

SILVERMAN & ASSOCIATES

By: _____
Lewis R. Silverman, Esq.
Attorneys for Defendants
445 Hamilton Ave., Suite 1102
White Plains, New York 10601